

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-WR-24,262-03

### EX PARTE TODD WILLIAM BARR, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 27680-A(1) IN THE 42ND DISTRICT COURT FROM TAYLOR COUNTY

*Per curiam*.

### O R D E R

Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07. Under Article 11.07 of the Texas Code of Criminal Procedure, a district clerk is required to forward to this Court, among other things, "the application, any answers filed, any motions filed, transcripts of all depositions and hearings, any affidavits, and any other matters such as official records used by the court in resolving issues of fact." *Id*. at § 3(d); *see also* TEX. R. APP. P. 73.4(b)(4). The record forwarded to this Court appears, however, to be incomplete. Page five of Applicant's memorandum appears to be missing from the record. In addition, the record contains the trial court's findings of fact and conclusions of law as to to Applicant's first three grounds for review, but does not include

findings and conclusions as to Applicant's fourth, fifth, sixth, seventh or eighth grounds.

The district clerk shall either forward to this Court page five of Applicant's memorandum and all pages of the trial court's findings of fact and conclusions of law (before remand), or certify in writing that these documents are not part of the record. The district clerk shall comply with this order within thirty days from the date of this order.

Filed: December 28, 2021
Do not publish